STUART F. DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
JOSHUA E. GARDNER
Assistant Branch Director
JUSTIN M. SANDBERG, IL. BAR NO. 6278377
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C.  20001
Telephone:  (202) 514-5838
Facsimile:  (202) 616-8202
Email: Justin.Sandberg@usdoj.gov

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA GARCIA, *et al.*, | Case No.: 3:13-cv-3939 |
| Plaintiffs, | |
| v. | **CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| GINA MCCARTHY, in her official capacity as Administrator of the U.S. Environmental Protection Agency, *et al.*, | |
| Defendants. | |

Defendants consent to having a United States Magistrate Judge conduct all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: September 24, 2013                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　STUART F. DELERY
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

1

MELINDA L. HAAG
United States Attorney

JOSHUA E. GARDNER
Assistant Director, Federal Programs Branch

 */s/ Justin M. Sandberg*
JUSTIN M. SANDBERG, IL Bar No. 6278377
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C. 20001
Telephone:	(202) 514-5838
Facsimile:	(202) 616-8202
Justin.Sandberg@usdoj.gov
*Counsel for Defendants*