STUART F. DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
JOSHUA E. GARDNER
Assistant Branch Director
JUSTIN M. SANDBERG, IL. BAR NO. 6278377
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C.  20001
Telephone:  (202) 514-5838
Facsimile:  (202) 616-8202
Email: Justin.Sandberg@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA GARCIA, *et al.*, | Case No.: 3:13-cv-3939 |
| Plaintiffs, | [PROPOSED] ORDER GRANTING STAY |
| v. | |
| GINA MCCARTHY, in her official capacity as Administrator of the U.S. Environmental Protection Agency, *et al.*, | |
| Defendants. | |

## PROPOSED ORDER

Upon consideration of Defendants' Motion for Stay in Light of Lapse of Appropriations, it is hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that counsel for Defendants will notify the Court within two business days of Congress appropriating funds for the Department of Justice and Environmental Protection Agency and, at that point, the Court will lift the stay and extend all deadlines commensurate with the duration of the lapse in appropriations.

SO ORDERED.

Dated: October 16, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge