STUART F. DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
JOSHUA E. GARDNER
Assistant Branch Director
JUSTIN M. SANDBERG, IL. BAR NO. 6278377
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C.  20001
Telephone:  (202) 514-5838
Facsimile:  (202) 616-8202
Email: Justin.Sandberg@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA GARCIA, *et al.*, | Case No.: 3:13-cv-3939 |
| Plaintiffs, | **[PROPOSED] ORDER LIFTING STAY AND ESTABLISHING SCHEDULE** |
| v. | |
| GINA MCCARTHY, in her official capacity as Administrator of the U.S. Environmental Protection Agency, *et al.*, | |
| Defendants. | |

### [PROPOSED] ORDER

Upon consideration of Defendants' Notice of Appropriation of Funds, it is hereby

ORDERED that the stay is lifted; and it is

FURTHER ORDERED that the following schedule is established.

| Event | Date |
|---|---|
| Answer or Otherwise Respond to the Complaint | November 20 |
| Meet and Confer meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR certification signed by parties and counsel; file either Stipulation to ADR process or notice of need for ADR phone conference | December 2 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | December 16 |
| Initial Case Management Conference | December 19 |

SO ORDERED.

Dated: October 22, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge