```
 1  BRENT NEWELL, CA Bar No. 210,312
    MADELINE STANO, CA Bar No. 289,660
 2  CENTER ON RACE, POVERTY & THE ENVIRONMENT
    47 Kearny Street, Suite 804
 3  San Francisco, CA 94108
    Telephone:    (415) 346-4179
 4  Fax:          (415) 346-8723
    Email:        bnewell@crpe-ej.org
 5                mstano@crpe-ej.org
 6
    MICHAEL MEUTER, CA Bar No. 161,554
 7  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
    Migrant Farmworker Project
 8  3 Williams Road
    Salinas, CA 93905
 9  Telephone:    (831)757-5221
    Facsimile:    (831)757-6212
10  Email:        mmeuter@crla.org
11
12  [Additional Counsel Listed on Signature Page]
13  Attorneys for Plaintiffs
14
                        UNITED STATES DISTRICT COURT
15
                      NORTHERN DISTRICT OF CALIFORNIA
16
17
                                              Case No. 3:13-cv-03939 WHO
18  MARIA GARCIA, DAVID GARCIA, and
    ANGELICA GUZMAN,                          Hearing Date: January 8, 2014
19
20              Plaintiffs,                   STIPULATION AND ORDER TO AMEND
                                              BRIEFING SCHEDULE PURSUANT TO
21         v.                                 CIVIL LOCAL RULE 6-2
22  GINA MCCARTHY, in her official capacity as
    Administrator of the U.S. Environmental Protection
23  Agency, et al.
24              Defendants.
25
26
27
28
```

1 **STIPULATION**

2       WHEREAS, on November 20, 2013 Defendants Gina McCarthy, *et al*. (collectively
3 "EPA") filed a Motion to Dismiss (Doc. 20);

4       WHEREAS, the hearing date for the Motion is January 8, 2014;

5       WHEREAS, pursuant to the local rules, Plaintiffs Maria Garcia, *et al.* (collectively
6 "Garcia") must file their opposition to the motion "not more than 14 days after the motion
7 was filed." Civ. L.R. 7-3(a);

8       WHEREAS, Garcia's opposition to the motion is currently due not later than
9 December 4, 2013 and EPA's reply is currently due not later than December 11, 2013;

10       WHEREAS, the Thanksgiving holiday occurs on November 28 and during the time in
11 which counsel for Garcia must draft the opposition to the motion; and

12       WHEREAS, counsel for Garcia has plans to take time off and celebrate the
13 Thanksgiving holiday.

14       NOW THEREFORE, the parties have met and conferred and jointly request that the
15 Court amend the briefing schedule such that Garcia will file its opposition no later than
16 December 11, 2013 and that EPA will file its reply no later than December 20, 2013.

17

18 Dated: November 22, 2013                    Respectfully submitted,

19

20                                             /s/ Brent Newell
                                               BRENT NEWELL, CA Bar No. 210312
21                                             MADELINE STANO, CA Bar No. 289660
                                               CENTER ON RACE, POVERTY & THE
22                                             ENVIRONMENT
                                               47 Kearny Street, Suite 804
23                                             San Francisco, CA 94108
                                               Telephone:   (415) 346-4179
24                                             Fax:         (415) 346-8723
25                                             Email:       bnewell@crpe-ej.org

26

27

28
STIPULATION AND [PROPOSED] ORDER
TO AMEND BRIEFING SCHEDULE
CASE NO. 3:13-CV-0339                          PAGE - 1 -

MICHAEL MEUTER, CA Bar No. 161554
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
Migrant Farmworker Project
3 Williams Road
Salinas, CA 93905
Telephone: (831)757-5221
Facsimile: (831)757-6212
Email: mmeuter@crla.org

ANDRES GARCIA, CA Bar No. 235689
California Rural Legal Assistance, Inc.
338 South A Street
Oxnard, CA 93030
Telephone: 805.486.1068 ext. 113
Facsimile: 805.483.0535
Email: agarcia@crla.org

VIRGINIA RUIZ, CA Bar No. 194986
FARMWORKER JUSTICE
1126 16th Street, N.W., Suite 270
Washington, DC 20036
Telephone: (202) 293-5420
Facsimile: (202) 293-5427
Email: vruiz@farmworkerjustice.org

Attorneys for Plaintiffs Maria Garcia, *et al.*

Dated: November 22, 2013

STUART F. DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
JOSHUA E. GARDNER
Assistant Director, Federal Programs Branch

  */s/ Justin M. Sandberg*
JUSTIN M. SANDBERG, IL Bar No. 6278377
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C. 20001
Telephone: (202) 514-5838
Facsimile: (202) 616-8202
Justin.Sandberg@usdoj.gov

Attorneys for Defendants Gina McCarthy, *et al.*

STIPULATION AND [PROPOSED] ORDER
TO AMEND BRIEFING SCHEDULE
CASE NO. 3:13-CV-0339         PAGE - 2 -

ORDER

GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that Garcia will file its opposition to the Motion to Dismiss (Doc. 20) no later than December 11, 2013 and that EPA will file its reply no later than December 20, 2013.

Dated: November 22, 2013

_____
Honorable William H. Orrick
U.S. District Court Judge