BRENT NEWELL, CA Bar No. 210,312
MADELINE STANO, CA Bar No. 289,660
CENTER ON RACE, POVERTY & THE ENVIRONMENT
47 Kearny Street, Suite 804
San Francisco, CA 94108
Telephone:    (415) 346-4179
Fax:          (415) 346-8723
Email:        bnewell@crpe-ej.org
              mstano@crpe-ej.org

MICHAEL MEUTER, CA Bar No. 161,554
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
Migrant Farmworker Project
3 Williams Road
Salinas, CA 93905
Telephone:    (831)757-5221
Facsimile:    (831)757-6212
Email:        mmeuter@crla.org

[Additional Counsel Listed on Signature Page]

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA, DAVID GARCIA, and ANGELICA GUZMAN,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GINA MCCARTHY, in her official capacity as Administrator of the U.S. Environmental Protection Agency, et al.<br><br>                    Defendants. | Case No. 3:13-cv-03939 WHO<br><br>Hearing Date: January 8, 2014<br><br>**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE PURSUANT TO CIVIL LOCAL RULE 6-2** |

**STIPULATION**

WHEREAS, on November 20, 2013 Defendants Gina McCarthy, *et al*. (collectively "EPA") filed a Motion to Dismiss (Doc. 20);

WHEREAS, the hearing date for the Motion is January 8, 2014;

WHEREAS, pursuant to the local rules, Plaintiffs Maria Garcia, *et al.* (collectively "Garcia") must file their opposition to the motion "not more than 14 days after the motion was filed."  Civ. L.R. 7-3(a);

WHEREAS, Garcia's opposition to the motion is currently due not later than December 4, 2013 and EPA's reply is currently due not later than December 11, 2013;

WHEREAS, the Thanksgiving holiday occurs on November 28 and during the time in which counsel for Garcia must draft the opposition to the motion; and

WHEREAS, counsel for Garcia has plans to take time off and celebrate the Thanksgiving holiday.

NOW THEREFORE, the parties have met and conferred and jointly request that the Court amend the briefing schedule such that Garcia will file its opposition no later than December 11, 2013 and that EPA will file its reply no later than December 20, 2013.

Dated:  November 22, 2013            Respectfully submitted,


/s/ Brent Newell
BRENT NEWELL, CA Bar No. 210312
MADELINE STANO, CA Bar No. 289660
CENTER ON RACE, POVERTY & THE
ENVIRONMENT
47 Kearny Street, Suite 804
San Francisco, CA 94108
Telephone:    (415) 346-4179
Fax:              (415) 346-8723
Email:           bnewell@crpe-ej.org

| | |
|---|---|
| 1 | MICHAEL MEUTER, CA Bar No. 161554 |
| | CALIFORNIA RURAL LEGAL ASSISTANCE, INC. |
| 2 | Migrant Farmworker Project |
| | 3 Williams Road |
| 3 | Salinas, CA 93905 |
| | Telephone:   (831)757-5221 |
| 4 | Facsimile:    (831)757-6212 |
| | Email:          mmeuter@crla.org |
| 5 | |

MICHAEL MEUTER, CA Bar No. 161554
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
Migrant Farmworker Project
3 Williams Road
Salinas, CA 93905
Telephone:   (831)757-5221
Facsimile:    (831)757-6212
Email:          mmeuter@crla.org

ANDRES GARCIA, CA Bar No. 235689
California Rural Legal Assistance, Inc.
338 South A Street
Oxnard, CA 93030
Telephone:   805.486.1068 ext. 113
Facsimile:    805.483.0535
Email:          agarcia@crla.org

VIRGINIA RUIZ, CA Bar No. 194986
FARMWORKER JUSTICE
1126 16th Street, N.W., Suite 270
Washington, DC 20036
Telephone:   (202) 293-5420
Facsimile:    (202) 293-5427
Email:          vruiz@farmworkerjustice.org

Attorneys for Plaintiffs Maria Garcia, *et al.*

Dated: November 22, 2013

STUART F. DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
JOSHUA E. GARDNER
Assistant Director, Federal Programs Branch

   */s/ Justin M. Sandberg*
JUSTIN M. SANDBERG, IL Bar No. 6278377
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C. 20001
Telephone:   (202) 514-5838
Facsimile:    (202) 616-8202
Justin.Sandberg@usdoj.gov

Attorneys for Defendants Gina McCarthy, *et al.*

1
2
3 ORDER
4
5  GOOD CAUSE APPEARING, AND PURSUANT TO THE
6 STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that Garcia
7 will file its opposition to the Motion to Dismiss (Doc. 20) no later than December 11, 2013
8 and that EPA will file its reply no later than December 20, 2013.
9
10 Dated: November 22, 2013   _____
    Honorable William H. Orrick
11    U.S. District Court Judge
12
13
...
28