UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA GARCIA, et al.,

    Plaintiffs,

v.

GINA MCCARTHY, et al.,

    Defendants.

Case No. 13-cv-03939-WHO

**ORDER ENTERING JUDGMENT IN FAVOR OF DEFENDANTS**

On January 16, 2014, the Court dismissed with prejudice the plaintiffs' cause of action under the Administrative Procedures Act, 5 U.S.C. §§ 701 *et seq.* The Court also dismissed the plaintiffs' Due Process cause of action, but with leave to amend, stating that "in the event the plaintiffs wish to amend, they may do so within 20 days of this Order. . . . In the event no amended complaint is filed within that time period, this case will be dismissed and judgment entered in favor of EPA." Dkt. No. 28 at 32-33.

No complaint was filed during the 20-day period. Accordingly, the Court ORDERS that judgment be entered in favor of the defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 7, 2014

_____
WILLIAM H. ORRICK
United States District Judge